## SIMON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 65, September Term, 1960.]

*Decided April 10, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons stated by Judge Foster for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*